

FILED

08/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0236

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0236

JOHN C. RYAN,

    Plaintiff and Appellant,

v.

JIM BELAND,

    Defendant and Appellee.

ORDER

FILED

AUG 1 0 2020

Bowen Greenwood
Clerk of Supreme Coun
State of Montana

    Plaintiff and Appellant John C. Ryan filed his Notice of Appeal on April 24, 2020. On May 19, 2020, mediator Michael Alan Ferrington was appointed pursuant to M. R. App. P. 7 after the parties failed to jointly and timely select a mediator. On July 23, 2020, Ferrington informed the parties to this appeal and this Court that Appellant failed to provide a Statement of Position in spite of multiple requests, and as such Ferrington was unable to proceed and had withdrawn as mediator.

    Under M. R. App. P. 7(3)(a), upon filing of a notice of appeal, the parties and mediator shall have 75 days in which to complete the mediation process. Rule 7(8) provides that this Court may sua sponte impose sanctions for substantial noncompliance with Rule 7, including dismissal of appeal. This Court has determined dismissal is warranted in this case as Appellant's failure to participate thwarted the mediation process and the time for such has expired.

    IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

    The Clerk is directed to provide copies of this Order to John C. Ryan and to all counsel of record.

    DATED this 10th day of August, 2020.

For the Court,

By _____
           Chief Justice